IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY ALLEN,

        Plaintiff,

vs.                                                        No. 1:11-cv-00701-JB-WPL

UNITED STATES OF AMERICA,

        Defendant.

## STIPULATION OF DISMISSAL

THE PARTIES stipulate and agree that this Complaint and action are dismissed with prejudice, with the parties to bear their own costs.

THIS STIPULATION is entered into in accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

KENNETH J. GONZALES  
United States Attorney

*/s/ Rumaldo R. Armijo*  
RUMALDO R. ARMIJO  
Assistant U.S. Attorney  
P. O. Box 607  
Albuquerque, New Mexico 87103  
(505) 346-7274  
*For Defendant*

BARBER & BORG, LLC

*/s/ Nathan S. Anderson*  
NATHAN S. ANDERSON  
P.O. Box 30745  
Albuquerque, New Mexico 87190  
(505) 884-0004  
*For Plaintiff*