IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY ALLEN,

    Plaintiff,

vs.                                                                        No. CIV 11-0701 JB/WPL

UNITED STATES OF AMERICA,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the parties' Stipulation of Dismissal, filed February 15, 2012 (Doc. 19). Plaintiff Mary Allen and Defendant United States of America "stipulate and agree" that the Complaint for Damages for Negligence, filed August 10, 2011 (Doc. 1), and this action "are dismissed with prejudice, with each party to bear their own costs." Stipulation of Dismissal at 1. They assert that the Stipulation of Dismissal is in accordance with rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. See Stipulation of Dismissal at 1. Because the Stipulation of Dismissal disposes of all issues and claims before the Court, and because there is nothing in the case left for the Court to resolve, the Court now enters final judgment in this matter.

**IT IS ORDERED** that all claims Plaintiff Mary Allen has asserted against Defendant United States of America and the case are hereby dismissed with prejudice, and final judgment is entered.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE

*Counsel:*

Nathan S. Anderson
Barber & Borg, LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Kenneth J. Gonzales
  United States Attorney
Rumaldo R. Armijo
  Assistant United States Attorney
Albuquerque, New Mexico

    *Attorneys for the Defendant*